**08 CV 6315**

BLANK ROME, LLP
Attorneys for Plaintiff
LeRoy Lambert (LL 3519)
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIANJIN COSCO SHIPPING CO. LTD., | 08 Civ.
Plaintiff, | **RULE 7.1 STATEMENT**
-against- |
BLUE DIAMOND (HONG KONG) LTD., |
Defendant. |

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff TIANJIN COSCO SHIPPING CO. LTD., certify that, according to information provided to counsel by its client, TIANJIN COSCO SHIPPING CO. LTD is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:   New York, New York
         July 14, 2008

BLANK ROME, LLP
Attorneys for Plaintiff

By _____
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

311817.1
900200.00001/6652706v.1

1